IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR43 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | AMENDED ORDER |
| | ) | |
| DOLORES MARIA TORRES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion for Miscellaneous Relief [587] requesting costs for transport of the Defendant from her residence in California to the District of Nebraska for the purpose of attending her Change of Plea Hearing. Defendant is indigent and is in need of non-custodial transportation from her home in California to Omaha, Nebraska for the Change of Plea hearing set for March 24, 2015 at 2:00 p.m. The Court finds said motion should be granted. Accordingly,

**IT IS HEREBY ORDERED**:

1. The Defendant's Motion for Miscellaneous Relief [587] is granted.

2. The U.S. Marshal's Office shall arrange ground transportation for Defendant from California to arrive in Omaha, Nebraska, no later than 8:00 a.m. on March 24, 2015.

3. Should the defendant need transportation to return to the state of California, a separate motion must be filed.

Dated this 17th day of March, 2015.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge