IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:13CR43 |
| Plaintiff, | |
| vs. | ORDER |
| DOLORES MARIA TORRES, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue sentencing (filing 696) is granted.

2. Defendant Dolores Maria Torres' sentencing is continued to Thursday, September 10, 2015, at 2:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 8th day of July, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge